# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>KUMAR HOTELS INC.,<br><br>Defendant. | Case No: 2:21-cv-02319-MCE-JDP<br><br>**ORDER OF DISMISSAL** |

In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 4) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and good cause appearing,

This case is hereby dismissed, with prejudice, each party to bear their own fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  June 7, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE